E-FILED
Monday, 07 April, 2008   04:44:22 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

_____

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF ) <br> SOUTH CAROLINA, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> CITY OF PARIS, GENE RAY, JAMES ) <br> PARRISH, and GORDON RANDY STEIDL, ) <br>  ) <br> Defendants. ) | Case No. 07-2224 |

## **ORDER**

A Report and Recommendation [19] was filed by the Magistrate Judge in the above cause on March 17, 2008. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss for Failure to Join Necessary Parties [9] is DENIED.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 7th day of April, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE